UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DISPLAY TECHNOLOGIES, LLC

vs.                                            Case No.:  6:21-cv-01214-ADA

BMW OF NORTH AMERICA, LLC

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Brian Paul Gearing , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent  BMW of North America, LLC  in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Crowell & Moring LLP with offices at:

   Mailing address: 590 Madison Avenue, 20th Floor

   City, State, Zip Code: New York, NY  10022

   Telephone: (212) 895-4325          Facsimile: (212) 223-4134

2. Since June 26, 2006, Applicant has been and presently is a member of and in good standing with the Bar of the State of New York. Applicant's bar license number is 4425880.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | U.S. Court of Appeals for the Fed. Cir. | November 1, 2006 |
   | Southern District of New York | August 15, 2006 |
   | Eastern District of New York | April 19, 2011 |
   | Eastern District of Michigan | October 2, 2015 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
None.

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 6:19-cv-00597-ADA   on the 16th day of January, 2020.
Number: 6:20-cv-00096-ADA   on the 28th day of April, 2020.
Number: 6:21-cv-00914-ADA   on the 5th day of October, 2021.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
None.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
None.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Michael E. Jones (Bar No. 10929400), Potter Minton, PC

Mailing address: 110 North College, Suite 500

City, State, Zip Code: Tyler, TX 75702

Telephone: (903) 525-2239

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Brian Paul Gearing to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Brian Paul Gearing
[printed name of Applicant]

*/s/ Brian P. Gearing*
[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 9th day of December, 2021.

Brian Paul Gearing
[printed name of Applicant]

*/s/ Brian P. Gearing*
[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DISPLAY TECHNOLOGIES, LLC

vs.                                             Case No.: 6:21-cv-01214-ADA

BMW OF NORTH AMERICA, LLC

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Brian Paul Gearing, counsel for BMW of North America, LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Brian Paul Gearing may appear on behalf of BMW of North America, LLC in the above case.

IT IS FURTHER ORDERED that Brian Paul Gearing, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of December, 20_____.

_____
UNITED STATES DISTRICT JUDGE