IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>　　　　Defendant. | Case No. 6:21-cv-01214-ADA |

**NOTICE OF STIPULATION CONCERNING EXTENSION OF TIME FOR DEFENDANT BMW OF NORTH AMERICA, LLC TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

　　Pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated August 11, 2021, Defendant BMW of North America, LLC, hereby notifies the Court that Defendant has requested, and Plaintiff is unopposed, to a 40-day extension of time to answer or otherwise respond to Plaintiff Display Technologies LLC's Original Complaint.

　　Based on Docket Entry 6, Defendant's deadline to answer or otherwise respond to the Complaint is currently December 15, 2021. With a 40-day extension, Defendant's answer or other response would be due January 24, 2022.

　　Counsel for Defendant has conferred with counsel for Plaintiff and Plaintiff is unopposed to the relief sought herein.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  December 9, 2021 | /s/ *Michael E. Jones* |
|  | Michael E. Jones (Bar No. 10929400)<br>POTTER MINTON, PC<br>110 North College, Suite 500<br>Tyler, TX  75702<br>Tel: (903) 525-2239<br>Fax: (903) 593-0846<br>mikejones@potterminton.com |
|  | Brian Paul Gearing (*pro hac vice pending*)<br>CROWELL & MORING LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022-2524<br>Tel: (212) 223-4000<br>Fax: (212) 223-4134<br>bgearing@crowell.com |
|  | Mark M. Supko (*pro hac vice to be filed*)<br>Ali H.K. Tehrani (*pro hac vice pending*)<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC  20004-2595<br>Tel: (202) 654-2500<br>Fax: (202) 628-5116<br>msupko@crowell.com<br>atehrani@crowell.com |
|  | *Attorneys for Defendant BMW*<br>*of North America, LLC* |