# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION  ▾

DISPLAY TECHNOLOGIES, LLC

vs.                                              Case No.:  6:21-cv-01214-ADA

BMW OF NORTH AMERICA, LLC

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Mark M. Supko _____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent  BMW of North America, LLC _____ in this case, and

would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of)
    Crowell & Moring LLP _____ with offices at:

    Mailing address:  1001 Pennsylvania Avenue, NW _____

    City, State, Zip Code:  Washington, DC  20004 _____

    Telephone:  (202) 624-2734 _____      Facsimile:  (202) 628-5116 _____

2.  Since  July 27, 1995 _____, Applicant has been and presently is a

    member of and in good standing with the Bar of the State of District of Columbia ____.

    Applicant's bar license number is  441884 _____.

3.  Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| U.S. Supreme Court | May 19, 2003 |
| U.S. Court of Appeals Fed. Cir. | May 31, 1994 |
| U.S. Court of Appeals Second Cir. | December 10, 2015 |
| U.S. Court of Appeals Fourth Cir. | April 12, 2019 |
| U.S. District Court Southern District of New York | October 24, 1995 |
| U.S. District Court Eastern District of Michigan | March 8, 2006 |
| U.S. District Court  Eastern District of Texas | January 31, 2011 |

4.    Applicant is presently a member in good standing of the bars of the courts listed above,

except as provided below (list any court named in the preceding paragraph before which

Applicant is no longer admitted to practice):

None.

5.    I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district

court in Case[s]:

Number: 6:21-cv-00914-ADA   on the 5th day of October   , 2021 .

Number: _____   on the _____ day of _____, _____ .

Number: _____   on the _____ day of _____, _____ .

6.    Applicant has never been subject to grievance proceedings or involuntary removal

proceedings while a member of the bar of any state or federal court, except as

provided:

None.

7.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses,

except as provided below (omit minor traffic offenses):

None.

8.    Applicant has read and is familiar with the Local Rules of the Western District of Texas

and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel: ___Michael E. Jones (Bar No. 10929400), Potter Minton, PC_____

Mailing address: ___110 North College, Suite 500_____

City, State, Zip Code: ___Tyler, TX  75702_____

Telephone: ___(903) 525-2239_____

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac

vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District

Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

___Mark M. Supko_____ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Mark M. Supko
_____
[printed name of Applicant]

_____
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of

record and the original upon the Clerk of Court on this the __13__ day of __December_____, __2021__.

Mark M. Supko
_____
[printed name of Applicant]

_____
[signature of Applicant]

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

**WACO DIVISION**    ▼

DISPLAY TECHNOLOGIES, LLC

vs.                                                 Case No.: 6:21-cv-01214-ADA

BMW OF NORTH AMERICA, LLC

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by Mark M. Supko _____, counsel for

BMW of North America, LLC _____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Mark M. Supko _____ may appear on behalf of BMW of North America, LLC _____

in the above case.

IT IS FURTHER ORDERED that Mark M. Supko _____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of December _____, 20_____.


_____
UNITED STATES DISTRICT JUDGE    ▼